MAFATAU for himself and
members of the MAFATAU FAMILY,
AUMAVAE for himself and
members of the AUMAVAE FAMILY,
ATUALEVAO for himself and
members of the ATUALEVAO FAMILY,
EDDIE MEREDITH for himself and
members of the LEMEANA'I FAMILY,
ALL OF ILIILI, AMERICAN SAMOA
Plaintiffs

v.

ATOA MAIU'U, OF NUA, AMERICAN SAMOA,
Defendant

No. 1196

High Court of American Samoa

Civil Jurisdiction, Land and Titles Division

February 9, 1972

Both parties appeared represented by counsels: Mariota T. Tuiasosopo, Jr., for the plaintiffs and Pita Sunia, for the defendant, and the Court being fully advised, renders the following opinion:

As this case developed the Court was made aware of a great spirit of understanding and love by all parties.

And although there existed a point of apparent disagreement, as each witness took the stand it became more and more obvious that all parties sincerely hoped to end their disagreement, and once again live as a close and loving family united under God.

Each of the plaintiffs stated that they would have no objection to the defendant living upon the family lands if he, in turn, would give service to the senior matai and join with other members in family affairs. They not only would have no objections but would welcome him home.

The defendant, for his part, recognized the correctness of the plaintiffs' position and stated in court, not only his willingness, but his desire to return to Iliili, to build a house there, and to serve the *senior* matai and join in family functions. He asked only to be given a chance. He did not ask that the conditions that have existed for years and to which the plaintiffs properly objected, be continued.

In effect, all parties said "come, let us join hands before God and be a family again."

IT IS THEREFORE, THE JUDGMENT AND ORDER OF THE COURT:

I

That the defendant is hereby allowed to return and live on *family lands under the supervision of the senior matai.*

II

All necessary papers will be signed and agreed upon so as to permit the repair of, or building of, a house by the defendant.

### III

Defendant should serve his *senior* matai and participate in all family affairs and faiga faa-Samoa.

### IV

Should the defendant fail to return to the family in Iliili, or fail to carry out the provision for services to the *senior* matai and participate in family functions within 90 days from the date this decision becomes final, then in that case he shall be permanently restrained and enjoined from making any use of the land in any manner, *and from residing on any family land.*

### V

In view of the Findings and Judgment of the Court it is unnecessary to make any Findings on the genealogy and the Court does hereby specifically decline to do so.